# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMJIT KAUR DHALIWAL,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 1:22-cv-00659-DAD-SAB<br><br>ORDER RE STIPULATION FOR FIRST EXTENSION OF TIME<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 4, 9) |

    Plaintiffs initiated this action on June 1, 2022. (ECF No. 1.) The executed summonses indicate Defendants were served on June 27, 2022. (ECF Nos. 6, 7, 8.) The initial scheduling conference is currently set in this matter for September 7, 2022. (ECF No. 4.)

    On July 20, 2022, the parties filed their first stipulated request to extend the time for Defendants to file an answer or other responsive pleading. (ECF No. 9.) The parties seek to extend the deadline from July 18, 2022, to November 4, 2022, and request that all other filing deadlines be similarly extended and the scheduling conference be vacated and reset. The parties proffer Plaintiff's form I-829 petition to remove conditions on her permanent resident status has been pending with the United States Citizenship and Immigration Services ("USCIS") since April 10, 2020, and defense counsel is currently working with USCIS to take further action in this matter which is expected to render the instant lawsuit moot.

The parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. Nevertheless, the Court finds good cause exists to approve the stipulated request in this matter. The Court shall also continue the scheduling conference set for September 7, 2022, to December 13, 2022.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **November 4, 2022**;

2. The scheduling conference set for September 7, 2022, is CONTINUED to **December 13, 2022, at 9:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 20, 2022**

UNITED STATES MAGISTRATE JUDGE

2