# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMJIT KAUR DHALIWAL,<br><br>           Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>           Defendants. | Case No.  1:22-cv-00659-ADA-SAB<br><br>ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 12) |

On October 26, 2022, the parties filed a stipulation to extend the deadline for Defendants to respond to the complaint, up to and including March 1, 2023.  (ECF No. 12.)  This case concerns Plaintiff's form I-829 petition to remove conditions on her permanent resident status, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since April 10, 2020.  Thee parties proffer a response is pending which may render the instant action moot; therefore, the parties request to extend the responsive pleading deadline.  The Court finds good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file a response to the complaint is extended to **March 1, 2023**.

IT IS SO ORDERED.

Dated:   **October 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE