# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAMJIT KAUR DHALIWAL, | Case No. 1:22-cv-00659-ADA-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | (ECF No. 15) |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

This Court previously granted two extensions of time for Defendants to file an answer in this action, first on July 20, 2022, and the second on November 27, 2022. (ECF Nos. 10, 13.) On February 23, 2023, the parties filed a third stipulation to again extend the time for Defendants to file an answer. (ECF No. 15.)

In the current request, Defendants proffer this case concerns Plaintiff's form I-829 petition to remove conditions on her permanent resident status, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since April 10, 2020; that on October 18, 2022, USCIS issued a request for evidence (RFE) to Plaintiff; the RFE states that Plaintiff has until January 13, 2023 to submit his response, but USCIS's COVID flexibility police provides for an additional 60 day grace period; Plaintiff recently submitted the RFE response and USCIS has received and reviewed it; USCIS now intends to conduct a site visit and complete the adjudication; and the parties anticipate that this lawsuit will be rendered moot once USCIS

completes its adjudication of Plaintiff's petition. The Court finds good cause to grant the request to extend the time for Defendants to file an answer or other dispositive pleading until May 1, 2023.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendants to file a response to the complaint is extended to **May 1, 2023**.

IT IS SO ORDERED.

Dated: __**February 23, 2023**__

UNITED STATES MAGISTRATE JUDGE